Michelle E. Armond (SBN 227439)
michelle.armond@armondwilson.com
Josepher Li (SBN 313018)
josepher.li@armondwilson.com
ARMOND WILSON LLP
4685 MacArthur Court, Suite 390
Newport Beach, CA 92660
Phone: (949) 932-0778
Facsimile: (949) 386-1932

Attorneys for Defendant
TARGUS US LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTERY CONSERVATION INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TARGUS US LLC, <br><br> Defendant. | Case No. 8:22-cv-02231 DOC (DFMx) <br><br> Judge David O. Carter <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** <br><br> Hearing Date:  March 6, 2023 <br> Time:          8:30 a.m. <br> Ctrm.:         10A |

1. PLEASE TAKE NOTICE THAT on March 6, 2023 at 8:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable David O. Carter, Courtroom 10A of the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, CA 92701, Defendant Targus US LLC will and hereby does move to dismiss Plaintiff's Complaint (Dkt. 1) for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

Pursuant to Local Rule 7-3, on January 19, 2023, Defendant contacted Plaintiff's counsel via telephone and e-mail requesting a meet and confer on this motion. Plaintiff and Defendant further corresponded about this motion via email on January 23 and 27, 2023, and Defendant provided the detailed bases for the motion at Plaintiff's request. Plaintiff never responded to Defendant's multiple requests to schedule a meet and confer, nor indicated Plaintiff's position on the motion.

On the January 30, 2023 deadline to meet and confer, a staff member for Plaintiff's lead counsel informed Defendant via phone that Plaintiff's lead counsel Mr. Johnson was unavailable due to serious medical issues, and that Plaintiff was transitioning this case to new lead counsel. Defendant assumes Plaintiff opposes this motion. Accordingly, Defendant files this motion after a good faith effort to satisfy the requirements of Local Rule 7-3.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities filed concurrently herewith, any subsequently filed briefs and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. A proposed order is also being lodged with the Court.

/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| | Respectfully submitted, |
| | ARMOND WILSON LLP |
| Dated: February 6, 2023 | By: /s/ *Michelle E. Armond* |
| | Michelle E. Armond |
| | Josepher Li |
| | Attorneys for Defendant |
| | TARGUS US LLC |