1  Stephen M. Lobbin (SBN 181195)
2  sml@smlavvocati.com
   SML AVVOCATI P.C.
3  969 Hilgard Avenue, Suite 1012
   Los Angeles, California 90024
4  Phone: (949) 636-1391

5  Randall T. Garteiser (SBN 231821)
6  rgarteiser@ghiplaw.com
   Christopher A. Honea (SBN 232473)
7  chonea@ghiplaw.com
   GARTEISER HONEA
8  95 Third St., Floor 2, San Francisco, CA 94103
   119 W. Ferguson, Tyler, TX 75702
9  Phone: (888) 908-4400

10
11 Attorneys for Plaintiff,
   BATTERY CONSERVATION INNOVATIONS, LLC

12 *[counsel continued on next page]*

13          IN THE UNITED STATES DISTRICT COURT

14        FOR THE CENTRAL DISTRICT OF CALIFORNIA

15

16 | BATTERY CONSERVATION | ) | Case No. 8:22-cv-02231 DOC (DFMx) |
   | INNOVATIONS, LLC, | ) | |
17 | | ) | Judge David O. Carter |
   | Plaintiff, | ) | |
18 | | ) | **STIPULATION OF DISMISSAL** |
   | vs. | ) | **WITH PREJUDICE** |
19 | | ) | |
20 | TARGUS US LLC, | ) | |
   | | ) | |
21 | Defendant. | ) | |
22 | | ) | |
23 | | ) | |

24
25
26
27
28

Michelle E. Armond (SBN 227439)
michelle.armond@armondwilson.com
Josepher Li (SBN 313018)
josepher.li@armondwilson.com
ARMOND WILSON LLP
4685 MacArthur Court, Suite 390
Newport Beach, CA 92660
Phone: (949) 932-0778
Facsimile: (949) 386-1932

Attorneys for Defendant
TARGUS US LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Battery Conservation Innovations, LLC and Defendant Targus US LLC hereby stipulate to the dismissal of all claims asserted in this action WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS SO STIPULATED.

Dated:  May 1, 2023                        Respectfully submitted,

GARTEISER HONEA                     ARMOND WILSON LLP

By: */s/ Randall T. Garteiser*          By: */s/ Michelle E. Armond*
    Randall T. Garteiser                     Michelle E. Armond
    Christopher A. Honea                     Josepher Li

SML AVVOCATI P.C.                   Attorneys for Defendant
    Stephen M. Lobbin                   TARGUS US LLC

Attorneys for Plaintiff
BATTERY CONSERVATION
INNOVATIONS, LLC

1

## **LOCAL CIVIL RULE 5-4.3.4 ATTESTATION**

I hereby attest pursuant to Local Civil Rule 5-4.3.4(a)(2)(i) that each of the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.

/s/ *Michelle E. Armond*
Michelle E. Armond