UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | 8:22-cv-02231-DOC-DFMx | Date | May 2, 2023 |
|---|---|---|---|
| Title | Battery Conservation Innovations, LLC v. Targus US LLC | | |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE**

The Court, having been advised that this action has been resolved by a Stipulation of Dismissal [32], hereby orders this action dismissed with prejudice.

The Court hereby orders all proceedings in the case vacated and taken off calendar.

- : -

Initials of Deputy Clerk   kdu